IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| FERGUSON, TIMOTHY CARL | ) | Case No. 14-30604 |
| FERGUSON, CAROLYN SUE | ) | Chapter 7 |
| Debtor(s). | ) | |

### NOTICE OF TRUSTEE'S INTENT TO SELL STOCK IN PRO 100, INC. (11 U.S.C. Section 363(f))

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Trustee, Patricia Brown, will sell to Eric Wood the following described property of this estate for the sum of $750.00.  Property described as:

Five (5) Shares of Stock in Pro 100, Inc.
Asset No. 18

Inspection of the property and information regarding the property can be obtained by contacting the Trustee.

Said sale will take place at the offices of Checkett & Pauly, Attorneys, 517 S. Main St., Carthage, Missouri, or such other place as the Trustee may designate.  The Trustee will pay at closing from the sale proceeds:

1.	Debtors' lawful exemption:  NONE

Any party with an objection is directed to file a response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at <https://ecf.mowb.uscourts.gov>. Parties not represented by an attorney may mail a response to the Court (**United States Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO  64106**).  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court. If no response is filed within twenty-one (21) days, the Court will enter an order granting the motion.

/s/ Kevin Checkett
Kevin Checkett
517 S. Main Street
P.O. Box 409
Carthage, Missouri  64836
(417)358-4049 Telephone
(417)358-6341 Facsimile
ATTORNEY FOR TRUSTEE

1

## <u>CERTIFICATE OF SERVICE</u>

     The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties below, if any, who have requested notice but are not participating in the ECF System, United States Trustee, 400 East 9th Street, Room 3440, Kansas City, MO 64106, and to all creditors on the debtor's mailing matrix, on the date entered on the court's docket.

<u>/s/Kevin Checkett</u>
Attorney of Record